ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Professional Management Consulting Services, Inc.) ASBCA No. 60435
)
Under Contract No. FA4417-14-P-0221 )

APPEARANCE FOR THE APPELLANT:                Eden Brown Gaines, Esq.
                                             Brown Gaines, LLC
                                             White Plains, MD

APPEARANCES FOR THE GOVERNMENT:              Col Matthew J. Mulbarger, USAF
                                             Air Force Chief Trial Attorney
                                             Lawrence M. Anderson, Esq.
                                             Trial Attorney

ORDER OF DISMISSAL

The parties have settled this appeal and have jointly moved the Board to dismiss. Accordingly the appeal of Professional Management Consulting Services, Inc., ASBCA No. 60435, is dismissed with prejudice.

Dated: 25 April 2016

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60435, Appeal of Professional Management Consulting Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals